# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DELORSE GATEWOOD**                                                              **PLAINTIFF**

V.                     **CASE NO. 3:10CV00184 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                **DEFENDANT**

## JUDGMENT

Plaintiff Delorse Gatewood's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 6th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE